# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLL BROS. INC., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 07-1296 |
| CENTURY SURETY COMPANY, ET AL., : | |
| : | |
| Defendant. : | |

## ORDER

**AND NOW**, this \_\_\_\_ day of April 2011, upon consideration of Plaintiff, Toll Bros. Inc's Motion For Sanctions (Docs. 46, 48) and Defendant Essex Insurance Company's Response in Opposition thereto (Doc. 47), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED AND DECREED** that Defendant Essex Insurance Company shall make available for deposition a corporate representative(s) within twenty (20) days of the date of entry of this Order or risk the imposition of sanctions.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**