## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOLL BROS. INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 07-1296** |
| **CENTURY SURETY COMPANY, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _____ day of June 2011, upon consideration of Plaintiff, Toll Bros. Inc.'s Motion For Partial Summary Judgment (Doc. 41); Defendant Essex Insurance Company's Response in Opposition thereto (Doc. 45); Defendant Essex Insurance Company's Motion For Summary Judgment (Doc. 40) and Plaintiff, Toll Bros. Inc.'s Response in Opposition thereto (Doc. 44), **IT IS HEREBY ORDERED AND DECREED** that the Motions are **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the parties shall participate in a case management telephone conference on **Wednesday, July 6, 2011 at 11:00 a.m.**[1]

BY THE COURT:

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] The purpose of the conference is to discuss the need for additional discovery and to set deadlines for such.