IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TOLL BROS., INC.,** | |
| **Plaintiff,** | CIVIL ACTION |
| v. | |
| **ESSEX INSURANCE CO., ET AL.,** | NO. 07-01296 |
| **Defendants.** | |

## ORDER

**AND NOW THIS** <u>29th</u> day of April, 2015, upon consideration of Plaintiff Toll Brothers, Inc.'s Affidavit of Fees and Costs (Doc. 88), Defendant Essex Insurance Company's Response in Opposition thereto (Doc. 89), Plaintiff's Reply Brief in Further Support of Plaintiff's Affidavit of Fees and Costs (Doc. 90), Defendant's Memorandum Concerning Duty to Defend and Rescission (Doc. 93), Plaintiff's Supplemental Brief Regarding Extinguishment of the Duty to Defend (Doc. 94), and all other briefs, exhibits, and pares herein, **IT IS HEREBY ORDERED and DECREED** as follows:

1) The Court's June 17, 2013 Order granting Plaintiff Toll Brothers, Inc.'s Motion for Partial Summary Judgment is **VACATED**;

2) Defendant Essex Insurance Company's Motion for Summary Judgment with respect to Toll's defense claim is **GRANTED**; and

3) Plaintiff Toll Brothers, Inc.'s Affidavit of Fees and Costs is **DENIED**.

BY THE COURT:
/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, C.J.**

12